Larry Percell MAYBIN,
Plaintiff–Appellant,

v.

HOTSPOT, Defendant–Appellee.

No. 15–6830.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 20, 2015.

Decided: Aug. 25, 2015.

Larry Percell Maybin, Appellant Pro Se.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Percell Maybin appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint for failing to comply with a court order. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Maybin's informal brief does not challenge the basis for the district court's disposition, Maybin has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*